**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BRIANNA MOORE,

     Plaintiff,

v.                           Case No.: 6:25-cv-01399-JSS-LHP

BECKMAN COULTER, INC.,

     Defendant.

_____/

### NOTICE OF APPEARANCE AND
### DESIGNATION OF EMAIL ADDRESS

Please take notice that SEAN MCFADDEN, of Cantrell Schuette, P.A. hereby gives notice of her appearance as counsel for Plaintiff, BRIANNA MOORE, in the above-referenced matter. All pleadings, motions, Orders, and other items filed in this matter should be provided to the undersigned at the following email addresses:

Primary E-Mail Address:     smcfadden@lawcantrell.com

Secondary E-Mail Address:     paralegal2@lawcantrell.com

Dated this 8th day of June, 2026.

Respectfully submitted,

*/s/ Sean McFadden*_____

**Jay P. Lechner, Esq. Lead Counsel**
Florida Bar No.: 0504351

**Sean McFadden, Esq.**
Florida Bar No.: 116435
**CANTRELL SCHUETTE, P.A.**
3350 Buschwood Park Dr. Suite 195
Tampa, FL 33618
Firm: (813) 705-6275
Email: Jlechner@lawcantrell.com
Email: Smcfadden@lawcantrell.com
Email:Paralegal2@lawcantrell.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on June 8, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF portal, which will send a notice of electronic filing to all counsel of record.

*/s/ Sean McFadden*
**Sean McFadden, Esq.**

2