**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BRIANNA MOORE,

Plaintiff,

v. Case No.: 6:25-cv-01399-JSS-LHP

BECKMAN COULTER, INC.,

Defendant.
_____________________________/

**CORRECTED UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 2.02(c)(1), Jay P. Lechner and Sean M. McFadden, (collectively, “Counsel”), hereby move for leave to withdraw as counsel for Plaintiff, Brianna Moore (“Client”), and in support thereof states as follows:

1. I certify that the Client consents to the withdrawal.

2. The withdrawal may result in the Client proceeding pro se. The Client’s contact information is:

Brianna Moore
562 NW 13th Drive
Boca Raton, Florida 33486
214-886-0033
briannaortiz@gmail.com

3. The withdrawal will not result in a continuance of a trial.

**MEMORANDUM OF LAW**

Rule 4-1.16(a)(1), Florida Rules of Professional Conduct, provides that a lawyer **shall** withdraw from representing a client if the representation will result in violation of the Rules of Professional Conduct. Rule 4-1.16(b)(2) provides that a lawyer **may** withdraw if "the client insists upon taking action that the lawyer considers repugnant, imprudent, or with which the lawyer has a fundamental disagreement."

Counsel and Client have developed irreconcilable differences regarding representation and the manner in which this matter should be prosecuted. Specifically, Client provided information and direction that, if effectuated, would have resulted in violation of the Rules of Professional Conduct, specifically Rule 4-3.3(a)(1). Furthermore, Client insists upon taking action that the undersigned considers repugnant, imprudent, and with which the undersigned has a fundamental disagreement.

Wherefore, one or more grounds for mandatory withdrawal exist under Rule 4-1.16(a) and one or more grounds for permissive withdrawal exist under Rule 4-1.16(b). These differences have materially impacted the attorney-client relationship and rendered continued representation impracticable. As a result of these irreconcilable differences, counsel respectfully submits that withdrawal is required, warranted and necessary to preserve the interests of both Client and Counsel.

Counsel advised Client of the intention to seek withdrawal and accordingly, advised Client with notice of the present Motion. Client consented in writing to the withdrawal. Counsel has further advised Client of her right to retain substitute counsel. Counsel provided Client with reasonable notice of all deadlines, hearings, depositions, and other matters pursuant to the Court's Case Management and Scheduling Order [Dkt. 18].

Counsel does not seek withdrawal for purpose of delay and does not intend by this Motion to prejudice Client or any other party. Counsel understands that withdrawal is subject to the Court's approval and will comply with any conditions imposed by the Court.

Counsel, on behalf of Client, requests that the Court grant Client a stay of thirty (30) days to obtain new counsel, and further requests such other and further relief as the Court deems just and proper.

## RULE 3.01 CERTIFICATION

Pursuant to Local Rule 3.01(g), Plaintiff's counsel conferred with counsel for Defendant who does not oppose the requested relief.

Respectfully submitted,

*/s/ Jay P. Lechner*
Jay P. Lechner, Esq.
Florida Bar No.: 0504351
Sean M. McFadden
Florida Bar No.: 116435
CANTRELL SCHUETTE, P.A.

3350 Buschwood Park Dr.
Suite 195
Tampa, FL 33618
Telephone: (813) 842-7071
jlechner@lawcantrell.com
smcfadden@lawcantrell.com
ergservice@lawcantrell.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 31, 2026, I filed a true and correct copy of the foregoing with the Clerk of the Court via the CM/ECF system which will provide notice to all counsel of record. In addition, a copy was served via email and U.S. Mail to:

Brianna Moore
562 NW 13th Drive
Boca Raton, Florida 33486
briannaortiz@gmail.com

*/s/Jay P. Lechner*
Jay P. Lechner