# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

BRIANNA MOORE,

Plaintiff,

v. Case No.: 6:25-cv-01399-JSS-LHP

BECKMAN COULTER, INC.,

Defendant,

---

## ORDER
(And Direction to Clerk of Court)

Before the Court is a Corrected Unopposed Motion to Withdraw as Counsel, seeking the withdrawal of Attorneys Jay P. Lechner and Sean M. McFadden as counsel for Plaintiff. Doc. No. 34. Plaintiff consents, and Defendant does not oppose. *Id.* at 1, 3. Upon consideration, the motion (Doc. No. 34) is **GRANTED in part**, such that Attorneys Jay P. Lechner and Sean M. McFadden are hereby **TERMINATED** as counsel for Plaintiff.[1]

With counsels' withdrawal, Plaintiff will be without legal representation. Unless and until new counsel enters an appearance on her behalf, Plaintiff will be

[1] Counsel includes a request in the motion that Plaintiff be granted a thirty-day stay to obtain new counsel. Doc. No. 34, at 3. However, because Plaintiff is an individual, she may proceed *pro se* in this lawsuit unless and until new counsel enters an appearance on her behalf, and the motion otherwise lacks good cause to extend any deadlines at this time. Plaintiff may separately seek any extensions she deems warranted, in full compliance with the Federal Rules of Civil Procedure and Local Rules, as appropriate.

responsible for representing herself as an individual in this lawsuit. This requires Plaintiff to review the docket in this case and abide by all orders and deadlines set forth therein. In particular, the Court directs Plaintiff's attention to the Case Management and Scheduling Order entered on November 18, 2025. *See* Doc. No. 18. Plaintiff may view the docket in this case at any United States District Courthouse in the Middle District of Florida. Alternatively, she may create an account on pacer.gov to view the docket from any personal computer.

Because Plaintiff will be responsible for representing herself unless and until new counsel enters an appearance on her behalf, the Court also directs Plaintiff's attention to the Court's website, http://www.flmd.uscourts.gov. On the Court's homepage, Plaintiff can find basic information and resources for parties who are proceeding without a lawyer in a civil case by clicking on the "For Litigants" tab and then selecting "Litigants without Lawyers." Plaintiff is cautioned that failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, or Court Orders may result in sanctions, up to and including dismissal of the case. Fed. R. Civ. P. 16(f).

Unless and until new counsel appears on her behalf, the Clerk of Court is **DIRECTED** to reflect the following information for Plaintiff on the docket:

Brianna Moore
562 NW 13th Drive
Boca Raton, Florida 33486

(214) 886-0033[2]

The Clerk of Court is further **DIRECTED** to mail a copy of this Order to Plaintiff at that address.

**DONE** and **ORDERED** in Orlando, Florida on September 1, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

[2] The motion also provides an email address. The Clerk of Court shall not include the email address in the contact information for Plaintiff listed in the case heading, and shall ensure that Plaintiff receives copies of all Court orders by United States mail, unless and until she consents to receive electronic notice.